```
BENJAMIN B. WAGNER
United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Courthouse
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:09-MJ-00016 DCA |
| Plaintiff, ) | |
| ) | ▇▇▇▇▇ ORDER FOR DISMISSAL |
| v. ) | OF COMPLAINT WITHOUT PREJUDICE |
| ) | |
| JOSE MANUEL CONTRERAS-CHAVEZ, ) | |
| ) | |
| Defendant. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Complaint filed herein be dismissed against defendant JOSE MANUEL CONTRERAS-CHAVEZ without prejudice and in the interest of justice.

DATED: _December 9, 2009_

_/s/ Donald C. Ashmanskas_
HONORABLE DONALD C. ASHMANSKAS
United States Magistrate Judge